IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCIS PALMER,<br><br>Defendant. | CR 16-89-BLG-SPW<br>CR 16-90-BLG-SPW<br><br>**ORDER** |

Before the Court are Defendant Francis Palmer's Motions for Early Termination of Probation. (CR 16-89 Doc. 3; CR 16-90 Doc. 3). The Court notes that Palmer failed to adhere to Local Rule 7.1(c), which states:

> (1) The text of the motion must state that the other parties have been contacted and state whether any party objects to the motion.
> . . .
>
> (2) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously. Compliance with the local rule is required. Accordingly,

IT IS ORDERED that Palmer's Motions for Early Termination are DENIED with leave to renew.

DATED this 7th day of June, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge